UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NADINE MATHES,

      Plaintiff,

Case No. 12-12367

Honorable John Corbett O'Meara

v.

PONTIAC SCHOOL DISTRICT and PONTIAC
ASSOCIATION OF SCHOOL
ADMINISTRATORS,

      Defendants.
_____/

## ORDER OF DISMISSAL

Plaintiff Nadine Mathes filed a four-count complaint in this court May 31, 2012, alleging causes of action for wrongful discharge, breach of contract, interference with a contractual relationship, and intentional infliction of emotional distress. Although the complaint states, "This is an action for deprivation of Plaintiffs' [*sic*] rights under the United States Constitution . . .," Plaintiff has failed to allege any such violations in the four counts of her complaint. Instead, all of the counts allege causes of action grounded solely in state law. Since the parties to this action are not diverse and no federal question is at issue, no federal subject matter jurisdiction exists.

Therefore, it is hereby **ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE.**

                                      s/John Corbett O'Meara
                                      United States District Judge

Date: September 7, 2012

    I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, September 7, 2012, using the ECF system.

                                                                                           <u>s/William Barkholz</u>
                                                                                           Case Manager